UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID CASTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration<br><br>    Defendant. | Case No. 13-cv-01307-NJV<br><br>**ORDER**<br><br>Re: Dkt. No. 25 |

On June 8, 2015, Counsel for Plaintiff filed a Motion for Attorney's fees. The Response to the Motion was due June 22, 2015. No Response was filed. Further complicating matters, the Motion was not filed in compliance with Civil local Rule 54.5(b), which requires a declaration or affidavit that includes "(1) [a] statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion or a statement that no conference was held, with certification that the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held." Accordingly, it is ORDERED as follows:

  1)    Counsel for Plaintiff shall, on or before July 14, 2015, file a supplement to the Motion which includes a statement that counsel has conferred with opposing counsel regarding the Motion; and

  2)    Defendant shall, on or July 20, 2015, file a Response. The court will construe the failure to file a Response as non-opposition to the Motion.

**IT IS SO ORDERED**.

Dated: July 7, 2015

NANDOR J. VADAS
United States Magistrate Judge